Gates v Simpson (2025 NY Slip Op 04312)

Gates v Simpson

2025 NY Slip Op 04312

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND HANNAH, JJ.

336 CA 24-00399

[*1]LINDA L. GATES, AS ADMINISTRATOR OF THE ESTATE OF MICHAEL H. GATES, DECEASED, PLAINTIFF-APPELLANT,
v
DONALD J. SIMPSON, CHANDLER D. SIMPSON, TOWN OF HENRIETTA AND JOSEPH E. LAROCCA, DEFENDANTS-RESPONDENTS. (APPEAL NO. 1.) 

CELLINO LAW, LLP, ROCHESTER (ROBERT L. VOLTZ OF COUNSEL), FOR PLAINTIFF-APPELLANT.
WEBSTER SZANYI LLP, BUFFALO (MICHAEL P. MCCLAREN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS TOWN OF HENRIETTA AND JOSEPH E. LAROCCA. 

 Appeal from an order of the Supreme Court, Monroe County (James A. Vazzana, J.), entered January 19, 2024 in a personal injury action arising from a motor vehicle accident. The order granted the motion of defendants Town of Henrietta and Joseph E. LaRocca for summary judgment dismissing the complaint against said defendants. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Eric D. [appeal No. 1], 162 AD2d 1051, 1051 [4th Dept 1990]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court